JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ANTHONY GIANFRANCESCO

## DEFENDANTS
Credit Control LLC et al.

**(b)** County of Residence of First Listed Plaintiff  San Francisco
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Upper Marlborow
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493

Attorneys *(If Known)*

12-701JSC

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only)  and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. section 1692
Brief description of cause:
Violation of FDCPA 15 U.S.C. section 1692g, false and deceptive debt collection.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                                                DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
(Place an "X" in One Box Only)   ☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE   ☐ EUREKA

DATE  02/10/2012                    SIGNATURE OF ATTORNEY OF RECORD    

1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5
   ATTORNEYS FOR PLAINTIFF
6

7

8           UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9               SAN FRANCISCO DIVISION

10 ANTHONY GIANFRANCESCO,            Case No. 12 0701

11              Plaintiff,             COMPLAINT FOR DAMAGES FOR
                                       VIOLATION OF DEBT COLLECTION
12 v.                                  LAWS

13 CREDIT CONTROL, LLC; J.H. PORTFOLIO
   DEBT EQUITIES LLC, a/k/a J.H. CAPITAL   DEMAND FOR JURY TRIAL
14 GROUP LLC
                                       15 United States Code § 1692 et seq.
15         Defendant.         /        California Civil Code § 1788 et seq.

16

17   1.   Plaintiff, ANTHONY GIANFRANCESCO ("Plaintiff"), based on information

18 and belief and investigation of counsel, except for those allegations which pertain to the named

19 Plaintiff or his attorneys (which are alleged on personal knowledge), hereby makes the following

20 allegations:

21                              I. INTRODUCTION

22   2.   This is an action for damages, attorney fees and costs brought by an individual

23 consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692,

24 et seq. ("FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, California Civil Code

25 § 1788 et seq. ("RFDCPA") which set standards for debt collectors to prevent abusive, deceptive

26 and unfair practices.

27                              II. JURISDICTION

28   3.   Jurisdiction in this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337,

COMPLAINT/se                              ANTHONY GIANFRANCESCO v. CREDIT
                                        1 CONTROL, LLC et al.

1  and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.
2  Declaratory relief is available pursuant to 28 U.S.C. § § 2201 and 2202.
3      4.   This action arises out of Defendants' violations of the Fair Debt Collection
4  Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the California Fair Debt Collection
5  Practices Act ("CA FDCPA"), Civ. Code § 1788 *et seq.*

### III. VENUE

5.   Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the Defendants transact business in this judicial district and the violations of law complained of occurred in this judicial district.

### IV. INTRADISTRICT ASSIGNMENT

6.   This lawsuit should be assigned to the San Francisco Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in San Francisco County.

### V. PARTIES

7.   Plaintiff is a resident of San Francisco County, California. Plaintiff was employed as a waiter at several high-end San Francisco restaurants until suffering a debilitating disease. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civ. Code § 1788.2(h).

8.   Defendant CREDIT CONTROL, LLC ("Credit Control") is an out-of-state entity. The principal purpose of Defendant Credit Control is the collection of debts using the mail and telephone. Defendant Credit Control is a debt collector within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c). Defendant's principal office is located at 575 Phantom Drive, Suite 330, Hazelwood, MD 63042.

9.   Defendant J.H. PORTFOLIO DEBT EQUITIES LLC ("Portfolio") is a California entity located at 5230 Las Virgenes Road, Suite 265, Calabasas, CA 91302. Its

COMPLAINT/se                                    ANTHONY GIANFRANCESCO v. CREDIT
                                                2  CONTROL, LLC et al.

principal business is the purchase and collection of defaulted consumer debts and it is a debt collector pursuant to 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c).

10. The Defendants operate as a partnership and/or joint venture in their debt collection business.

## VI. FACTUAL ALLEGATIONS

11. Some time ago, Plaintiff entered into a credit transaction with Target National Bank (a non-party) who issued Plaintiff an account with a number ending in 4996 (the "account").

12. Plaintiff, because of his disability, was unable to be gainfully employed and consequently lacked funds to pay the debt to Target.

13. Plaintiff believes the account was sometime thereafter sold with other alleged defaulted debts to Defendant J.H. Portfolio, a debt buyer who partners and/or joint ventures with Defendant Credit Control LLC in the collection of debts purchased by Defendant J.H. Portfolio.

14. Defendant sent Plaintiff its initial collection letter dated August 25, 2011 (Exhibit A).

15. The letter was a two sided form collection letter wherein Defendant Portfolio declares itself as the current creditor.

16. Plaintiff alleges that the description is false, deceptive and misleading as a creditor is described in the FDCPA at 15 U.S.C. § 1692a(4) as follows:

> **(4) The term "creditor" means any person who offers or extends credit creating a debt or to whom a debt is owed, but such term does not include any person to the extent that he receives an assignment or transfer of a debt in default solely for the purpose of facilitating collection of such debt for another.**

17. Plaintiff's attorney responded on behalf of Plaintiff advising Defendant that he represented Plaintiff and asked for validation of the debt and advised that all communications concerning Plaintiff, his client, were to be sent to the attorney. A copy of the letter of representation is attached as Exhibit B.

18. Notwithstanding the attorney's letter of representation, Defendant Credit Control

1  communicated directly with Plaintiff by letter dated January 17, 2012 (Exhibit C). Defendant's
2  conduct violates 15 U.S.C. § 1692c and Cal. Civ. Code § 1788.14.

3      19.    Plaintiff was upset upon receiving a letter from Defendant. Plaintiff believed he
4  was protected by the consumer laws and his attorney's representation. The Defendant's conduct
5  caused Plaintiff to suffer moods of despair and to become apprehensive, irritable, and depressed.

6      20.    Plaintiff suffered actual damages.

7      21.    Defendant's conduct in communicating directly with Plaintiff while Plaintiff was
8  represented by an attorney was willful and knowing and made to coerce payment of the debt.

9      22.    Defendant is liable for the wrongful conduct alleged herein.

## V. CAUSE OF ACTIONS
## VIOLATION OF FDCPA AND CAFDCPA AGAINST DEFENDANTS

### COUNT I
### (Violation of CAFDCPA: Communicating With a Consumer Represented by an Attorney)

23.    Plaintiff incorporates the foregoing paragraphs as though fully set forth hereto.

24.    Defendants violated Civ. Code § 1788.14c by attempting to collect a consumer debt by sending a communication to Plaintiff with regard to the debt when the debt collector has been previously notified in writing that all communications regarding the consumer debt be addressed to Plaintiff's attorney.

### COUNT II
### (Violation of FDCPA: Communicating With a Consumer Represented by an Attorney)

25.    Plaintiff incorporates the foregoing paragraphs as though fully set forth hereto.

26.    Defendants violated 15 U.S.C. § 1692c by attempting to collect a consumer debt by sending a communication to Plaintiff with regard to the debt when the debt collector has been previously notified in writing that all communications regarding the consumer debt be addressed to Plaintiff's attorney.

### COUNT III
### (False Representation Regarding Creditor Status)

COMPLAINT/se                           ANTHONY GIANFRANCESCO v. CREDIT
                               4    CONTROL, LLC et al.

27. Plaintiff incorporates by reference the allegations of paragraphs 14, 15 and 16 as set forth above.

28. Defendant falsely represents itself as a creditor though it made no loan to Plaintiff and is not a creditor as defined by 15 U.S.C. § 1692a(4), when in reality it is a debt collector under 15 U.S.C. § 1692a(6).

29. Defendant's unlawful collection procedures are ongoing.

## VI. REQUEST FOR RELIEF

As a result of Defendant's violations of the California Fair Debt Collection Practices law and the federal Fair Debt Collection Practices Law, Plaintiff seeks the following relief:

A. For maximum statutory damages allowable under 15 U.S.C. § 1692k(a) and Civ. Code. § 1788.30;

B. Actual damages pursuant to 15 U.S.C. § 1692k(a)2(k) and Cal. Civ. Code § 1788.30(a);

C. Treble damages pursuant to Civ. Code § 3345 and

D. Attorney's fees and costs.

Dated: 2-10-2012

Irving L. Berg

ATTORNEY FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: 2-10-2012

Irving L. Berg

## NOTICE OF LIEN

Please be advised that Plaintiff's attorney claims a lien for attorney's fees on any recovery herein or such sums as a court awards. All rights to attorney's fees have been assigned by Plaintiff to Plaintiff's attorney.

COMPLAINT/se                                                ANTHONY GIANFRANCESCO v. CREDIT
                                                         5  CONTROL, LLC et al.

# Credit Control, LLC
5757 Phantom Dr Ste 330 Hazelwood, MO 63042
866-382-0224
Hours of Operations: M-F 8:00-8:00, Sat 8:00-12:00

August 25, 2011

Anthony A Gianfrancesco
990 Polk St Apt 906
San Francisco, CA 94109-6870

Current Creditor: JH PORTFOLIO DEBT EQUITIES LLC
Our Account Number: 6461205
Original Acct: ****-****-****-4996
Original Creditor: TARGET
Balance Due: $1,417.91

### Important Notice – Settlement Offer

We understand this bill has been delinquent for quite a while. this matter will not go away on it's own but our client has given us the authority to make a very generous offer to you.

We have the authority to settle this account for **40%** of the balance due. If you want to take advantage of this offer, please mail a check or provide your credit card information for the amount of **$567.16**. Upon clearance through the banking system of the settlement amount indicated above your account will be considered **settled**.

If you need to make multiple payments to settle this account, please call us at 866-382-0224 to discuss with one of our representatives.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, Credit Control, LLC will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

This communication is from a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Additional consumer rights may be found on the back of this notice.

---

P.O. Box 1945
Southgate, MI 48195-0945

| IF YOU WISH TO PAY BY VISA, MASTERCARD, OR AMERICAN EXPRESS FILL IN THE INFORMATION BELOW |||||
|---|---|---|---|---|
| Card Number: |||||
| * CVV Number: | Expiration Date: / | Payment Amount: $ || Account Number: 6461205 |
| Card Holder Name: ||| Signature of Cardholder: ||
| Card Holder Billing Address: |||||

* For Visa/MasterCard, the three-digit CVV number is printed on the signature panel on the back of the card immediately after the card's account number. For American Express, the four-digit CVV number is printed on the front of the card above the card account number.

CCN/RPU0001S   296027051949   9096/0004642/14

6461205
Anthony A Gianfrancesco
990 Polk St Apt 906
San Francisco, CA 94109-6870

Credit Control, LLC
PO BOX 248
HAZELWOOD, MO 63042


Exhibit A

RPU0001S

**THE BERG LAW GROUP**
**ATTORNEYS AND COUNSELORS AT LAW**
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742   Fax: (415) 891-8208*
*e-mail irvberg@comcast.net*

IRVING L. BERG, ESQ.

October 26, 2011

Credit Control, LLC
5757 Phantom Drive, Suite 330
Hazelwood, MO 63042

Re: Name of Client:   Anthony Gianfrancesco     **Notice of Attorney Representation**
    Orig. Acct No.:   xxxxxxxxxxxx4996     **Notice of Dispute**
    Alleged Creditor: Target     **Amount of Alleged Claim:** $1,1417.91

Dear Sir or Madam:

Please be advised this office represents the captioned consumer. The alleged debt is disputed and request is made for verification of the alleged debt pursuant to 15 U.S.C. § 1692g(a)(4).

In verifying the debt, please provide the following:

a) The agreement between the credit provider and my client,
b) The charges supporting the claim, and
c) Your authorization from the credit provider to collect the alleged debt.

Further, you are not authorized to initiate any telephone calls to my client's residential telephone line or cellular telephone service using an artificial or prerecorded voice. Any prior consent given by my client is revoked.

Your collection practices are governed by the federal and California consumer laws. If you have any doubt as to these matters, deliver this letter to your attorney or insurance carrier. **The law prohibits you from initiating communication with my client, my client's employer, or my client's family regarding the alleged debts. All inquiries regarding my client's financial affairs shall be directed, in writing, to the undersigned.**

In the unlikely event that the legal relationship with my client is terminated, you will be notified.

Should you assign or sell my client's debt to a third party, please forward this letter to that party.

Your co-operation is appreciated.

Sincerely,

Irving L. Berg
ILB/se



CD11b

**Credit Control, LLC**
5757 Phantom Drive Ste 330
Hazelwood, MO 63042
800-281-1882

January 17, 2012

| Current Creditor: | JH PORTFOLIO DEBT EQUITIES LLC |
|---|---|
| Our Account #: | 6461205 |
| Original Acct: | \*\*\*\*-\*\*\*\*-\*\*\*\*-4996 |
| Original Creditor: | TARGET |
| Balance Due: | $1,417.91 |

### $Save big money by putting your tax refund to work!$

Sometimes difficult situations arise that can cause financial hardship. We want to help you resolve your account and have developed three affordable options for you to pay off this account.

| Single Payment Option: | 3 Month Payment Plan: | 6 Month Payment Plan: |
|---|---|---|
| ➤ Take **70%** off the balance.<br>➤ Pay **$425.37** no later than **02/17/2012**.<br>➤ Your account will be considered "**Settled in Full**" after we post your payment. | ➤ Take **60%** off the balance.<br>➤ Pay over **3** equal monthly installments of **$189.05**.<br>➤ First payment due no later than **02/17/2012**.<br>➤ Your account will be considered "**Settled in Full**" after we post your final payment. | ➤ Take **50%** off the balance.<br>➤ Pay over **6** equal monthly installments of **$118.16**.<br>➤ First payment due no later than **02/17/2012**.<br>➤ Your account will be considered "**Settled in Full**" after we post your final payment. |

*Get started and take advantage of one of these options to move you closer to debt reduction and less financial worry!*

**PLEASE RESPOND**

 Call Toll-Free 800-281-1882 to discuss payment arrangements. Let us prove how committed we are to working with you!

 Pay By Mail to: Credit Control, LLC, PO BOX 488, Hazelwood, MO 63042 .

 Hours of Operations: M-F 8:00-8:00, Sat 8:00-12:00

This letter is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They must not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

✂-------------------------------------------------------------------------------------------------✂
TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE CUT ALONG THE DOTTED LINE AND MAIL BOTTOM PORTION WITH PAYMENT
RPP3OPST

**MAIL PAYMENT TO:**

Credit Control, LLC
PO BOX 488
Hazelwood, MO 63042

Anthony A Gianfrancesco
990 Polk St Apt 906
San Francisco, CA 94109-6870

| IF PAYING BY CREDIT CARD, FILL OUT BELOW. | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | |
| ☐ VISA  ☐ MasterCard  ☐ American Express | | |
| CARD NUMBER | | SECURITY/CVV2 COD |
| SIGNATURE | | EXP. DATE |
| DATE<br>January 17, 2012 | DUE DATE<br>02/17/2012 | Account Number:<br>6461205 |
| CLIENT<br>JH PORTFOLIO DEBT EQUITIES LLC | SHOW AMOUNT<br>PAID HERE  $ | |



RPP3OPST/296033921648/62307/0031154