# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANTHONY GIANFRANCESCO

                    Plaintiff(s),                    CASE NO. Civ 12-0701 JSW

              v.                                     STIPULATION AND [PROPOSED]
CREDIT CONTROL, LLC et al.                           ORDER SELECTING ADR PROCESS

                    Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
                Non-binding Arbitration (ADR L.R. 4)
                Early Neutral Evaluation (ENE)  (ADR L.R. 5)
           ✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
                Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
           ✓    the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered. )*

                other requested deadline _____

Dated: June 18, 2012

                                                     Irving L.Berg /s/
                                                     Attorney for Plaintiff

Dated: 6/19/2012

                                                     Attorney for Defendant

**[PROPOSED] ORDER**

        Pursuant to the Stipulation above, the captioned matter is hereby referred to:
           ~~Non-binding Arbitration~~
           ~~Early Neutral Evaluation (ENE)~~
           Mediation
           ~~Private ADR~~

        Deadline for ADR session
           90 days from the date of this order.
           ~~other~~

    IT IS SO ORDERED.

           June 19, 2012
    Dated: _____

                              _Jeffrey S White_

                    UNITED STATES DISTRICT     JUDGE