1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, CA 94925
3  (415) 924-0742
   Facsimile (415) 891-8208
4  irvberg@comcast.net

5  Attorney for Plaintiff

6  Daniel J. O'Rielly (SBN 214846)
   O'Rielly & Roche LLP
7  101 California Street. Suite 2450
   San Francisco, CA 94111
8  (415) 946-8878
   Facsimile (415) 946-8801

9
   Attorneys for Defendants
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12

13
   ANTHONY GIANFRANCESCO              No. C 12-00701 JSW
14
            Plaintiff(s),             **NOTICE OF SETTLEMENT OF THE**
15                                    **ENTIRE ACTION**
       v.                             **AND ORDER THEREON**
16
   CREDIT CONTROL, LLC *et al.*,      **CONTINUING CASE**
17                                    **MANAGEMENT CONFERENCE**

18          Defendant(s).
   _____/
19
          TO THE HONORABLE COURT, TO ALL HEREIN AND TO THEIR RESPECTIVE
20
   COUNSEL OF RECORD:
21
          PLEASE TAKE NOTICE that all parties in the above-entitled lawsuit have agreed to settle
22
   the lawsuit in its entirety. The parties anticipate that they will complete the settlement and that
23
   the parties will file a Stipulation Re: Dismissal of the claims by Plaintiff, with prejudice, and
24
   dismiss without prejudice, the class action claims asserted in the lawsuit, within 60 days from the
25
   date of this Notice.
26
   / / /
27
   / / /
28
   **NOTICE OF SETTLEMENT**             -1-                              **CV 12-0701 JSW**

1   The parties request that the Court take off calendar all future calendared dates.

2

3                                          **THE BERG LAW GROUP**

4   DATED:  June 20, 2012              By:    /s/
                                             Irving L. Berg
5
                                          Attorney for Plaintiff,
6                                         ANTHONY GIANFRANCESCO

7

8                                          **O'RIELLY & ROCHE LLP**

9   DATED: June 22, 2012              By:    /s/
                                             Daniel J. O'Rielly
10

11                                        Attorneys for Defendants,
                                          CREDIT CONTROL, LLC *et al.*

12  The request to vacate all deadlines is DENIED. However, the Court will continue the case management conference scheduled for July 6, 2012, and all associated deadlines, to Friday, September 28, 2012 at 1:30 p.m. A joint case management statement shall be due on September 21, 2012. If the case is dismissed before that point, this date shall automatically be vacated.

15  The parties are further advised that in future appearances before this Court any request to continue or vacate deadlines should be clearly set forth in the caption and should be accompanied by a proposed order.

                                          */s/ Jeffrey S. White*

    June 25, 2012

**NOTICE OF SETTLEMENT**                    -2-                          **CV 12-0701 JSW**