Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

Attorney for Plaintiff

Daniel J. O'Rielly (SBN 214846)
O'Rielly & Roche LLP
101 California Street. Suite 2450
San Francisco, CA 94111
(415) 946-8878
Facsimile (415) 946-8801

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GIANFRANCESCO | No. C 12-00701 JSW |
| Plaintiff(s), | **NOTICE OF SETTLEMENT OF THE ENTIRE ACTION** |
| v. | **AND ORDER THEREON** |
| CREDIT CONTROL, LLC *et al.*, | **CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendant(s). | |

TO THE HONORABLE COURT, TO ALL HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that all parties in the above-entitled lawsuit have agreed to settle the lawsuit in its entirety. The parties anticipate that they will complete the settlement and that the parties will file a Stipulation Re: Dismissal of the claims by Plaintiff, with prejudice, and dismiss without prejudice, the class action claims asserted in the lawsuit, within 60 days from the date of this Notice.

/ / /

/ / /

**NOTICE OF SETTLEMENT** -1- **CV 12-0701 JSW**

1  The parties request that the Court take off calendar all future calendared dates.

**THE BERG LAW GROUP**

DATED: June 20, 2012        By:    /s/
                                      Irving L. Berg

                                    Attorney for Plaintiff,
                                    ANTHONY GIANFRANCESCO


**O'RIELLY & ROCHE LLP**

DATED: June 22, 2012        By:    /s/
                                      Daniel J. O'Rielly

                                    Attorneys for Defendants,
                                    CREDIT CONTROL, LLC *et al.*

The request to vacate all deadlines is DENIED. However, the Court will continue the case management conference scheduled for July 6, 2012, and all associated deadlines, to Friday, September 28, 2012 at 1:30 p.m. A joint case management statement shall be due on September 21, 2012. If the case is dismissed before that point, this date shall automatically be vacated.

The parties are further advised that in future appearances before this Court any request to continue or vacate deadlines should be clearly set forth in the caption and should be accompanied by a proposed order.

*/s/ Jeffrey S. White*

June 25, 2012

NOTICE OF SETTLEMENT                       -2-                       CV 12-0701 JSW