Daniel J. O'Rielly (State Bar No. 214846)
Angela G. Dennis (State Bar No. 232598)
**O'RIELLY & ROCHE LLP**
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 952-3002
Facsimile: (415) 520-9394

Attorneys for Defendants
CREDIT CONTROL, LLC;
J.H. PORTFOLIO DEBT EQUITIES LLC,
a/k/a J.H. CAPITAL GROUP, LLC;
DOUGLAS G. JACOBSEN
as an OFFICER OF J.H. PORTFOLIO DEBT EQUITIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY GIANFRANCESCO on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL, LLC; J.H. PORTFOLIO DEBT EQUITIES LLC, a/k/a J.H. CAPITAL GROUP, LLC; DOUGLAS G. JACOBSEN as an OFFICER OF J.H. PORTFOLIO DEBT EQUITIES, LLC,<br><br>Defendants. | Case No. CIV 12-0701 JSC<br><br>Action Filed: March 10, 2012<br><br>[PROPOSED] ORDER OF DISMISSAL |

WHEREAS, Plaintiff ANTHONY GIANFRANCESCO ("Plaintiff") filed his First Amended Complaint and Class Action for Violation of Debt Collection Laws on March 10, 2012;

WHEREAS, Plaintiff and Defendants CREDIT CONTROL, LLC; J.H. PORTFOLIO DEBT EQUITIES LLC, a/k/a J.H. CAPITAL GROUP, LLC; DOUGLAS G. JACOBSEN as an OFFICER OF J.H. PORTFOLIO DEBT EQUITIES, LLC ("Defendants") settled this matter on or about July 3, 2012;

WHEREAS, Plaintiff and Defendants have STIPULATED by and through their designated counsel that the above-captioned action should be dismissed with prejudice as to Plaintiff and without prejudice as to the rights of the unnamed putative class members pursuant to FRCP 41(a)(1)(A) and that, except as set for the in the July 3, 2012, Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses and costs.

The COURT having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice as to Plaintiff and without prejudice as to the rights of the unnamed putative class members pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

3. The court shall retain jurisdiction over this matter to enforce the terms of the July 3, 2012 Settlement Agreement.

IT IS SO ORDERED

Dated: September 21, 2012

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court, Northern District

[PROPOSED] ORDER OF DISMISSAL
2